IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KATINA RUH and GORDON RUH, individually and as a martial community,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation,<br><br>Defendant. | No. 2:22-cv-00929<br><br>NOTICE OF REMOVAL |

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On May 9, 2022, Defendant Safeway Inc. was served with a summons **(Attachment 1**) and complaint (**Attachment 2**) in an action entitled *Katina Ruh and Gordon Ruh v. Safeway, Inc.*, King County Superior Court No. 22-2-06567-2 SEA. The first date upon which Safeway Inc. received a copy of this complaint was May 9, 2022.

The complaint does not specify the amount of damages being claimed by the Plaintiffs. On May 16, 2022, Safeway propounded a request for a statement of damages, interrogatories and requests for production which asked Plaintiffs to disclose specific

NOTICE OF REMOVAL - 1
R:\6949\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

information about the injuries and damages Plaintiffs are claiming in this matter, including the amounts claimed. On June 16, 2022, Plaintiffs provided discovery responses which disclosed that Plaintiff are claiming more than $70,000 in past medical expenses and which indicated that the total amount Plaintiffs are claiming is more than $75,000. On June 29, 2022, Plaintiff provided a statement of damages identifying additional damages claimed and total claimed damages exceeding $678,000.

There is complete diversity because the Plaintiffs are resident of the State of Washington and Defendant Safeway Inc. is a corporation organized under the laws to the State of Delaware with its principle place of business in the State of California.

This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because it is between citizens of different states and the amount in controversy exceeds $75,000. This claim is removable to federal court by the defendant pursuant to 28 U.S.C. §1441 based on diversity jurisdiction.

**INTRADISTRICT ASSIGNMENT**

The case was filed in King County so LCR 3(e) indicates it will be initially assigned to a Seattle Judge.

A civil case cover sheet is attached as **Attachment 3**.

Dated: July 5, 2022.

    TURNER KUGLER LAW, PLLC

    By:    s/ John T. Kugler
          John T. Kugler, WSBA # 19960
          Attorney for Defendant

NOTICE OF REMOVAL - 2
R:\6949\PLEADINGS\removal.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorneys for Plaintiff</u>:
Michael David Myers
Myers & Company, PLLC
1530 Eastlake Ave. E.
Seattle, WA 98102
mmyers@myers-company.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant KCHA
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL - 3
R:\6949\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679