1
2
3
4
5                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
6                                 AT SEATTLE

7   KATINA RUH; and GORDON RUH,

8            Plaintiffs,
                                              C22-0929 TSZ
9       v.
                                              ORDER
10  SAFEWAY, INC.,

11           Defendant.

12
       Counsel having advised the Court that this matter has been resolved, and it
13
   appearing that no issue remains for the Court's determination,
14
       NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with
15
   prejudice and without costs.
16
       In the event settlement is not perfected, either party may move to reopen and trial
17
   will be scheduled, provided such motion is filed within **60** days of the date of this Order.
18
       The Clerk is directed to CLOSE this case and to send a copy of this Order to all
19
   counsel of record.
20
21
22
23

ORDER - 1

IT IS SO ORDERED.

Dated this 8th day of May, 2023.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER - 2